UNITED STATES DISTRICT COURT DISTRICT
OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Hon. Claire C. Cecchi |
| v. | : | Case No. 17-CR-510-01 (CCC) |
| ALISA ADLER, | : | **ORDER** |
| Defendant. | : | |

This matter having come before the Court upon the sixth application of defendant Alisa Adler, by her attorneys, Jacob Laufer, P.C., for an order extending her surrender date to February 18, 2020 for medical testing and evaluation, and upon notice to Assistant United States Attorney Zach Intrater, on behalf of the United States Attorney for the District of New Jersey, Craig Carpenito, and the Government opposing this application;

WHEREFORE, it is on this 17th day of January, 2020,

ORDERED that defendant's application to extend her surrender date to February 18, 2020 is DENIED; and it is further

ORDERED that defendant shall surrender to the facility designated by the Bureau of Prisons on JANUARY 20, 2020.

HON. CLAIRE C. CECCHI
UNITED STATES DISTRICT JUDGE